No. 24-2533

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, et al.,
*Plaintiffs-Appellants*,

STATE OF ALASKA,
*Intervenor-Plaintiff*,

v.

JOSEPH R. BIDEN, et al.,
*Defendants-Appellees*,

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al.
*Intervenor-Defendants-Appellees*.

Appeal from the United States District Court for the District of Alaska
No. 3:21-cv-00245-SLG (Hon. Sharon L. Gleason)

**MOTION FOR 7-DAY EXTENSION OF ANSWERING BRIEFS**

The Defendants-Appellees, by their attorney, respectfully file this motion pursuant to Fed. R. App. P. 26(b), for an extension of time of 7 days in which to file their answering briefs in the above-captioned consolidated cases, to and including November 22, 2024. The Intervenors-Defendants-Appellees also request their deadline be extended to November 22, 2024, to enable coordination of the filings. The answering briefs are currently due on November 15, 2024.

-1-

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). There is good cause for the requested extension of time, as follows. It will not be possible for undersigned counsel to file the Federal Respondents-Appellees' answering brief under the current deadline, despite the exercise of diligence. Pressing professional obligations have required and will continue to require substantial time and attention. Among other things not listed in this motion, undersigned counsel spent significant time drafting an answering brief in *Jones v. United States*, Fed. Cir. No. 24-2053, that would have been filed on October 30, 2024, but for the court's grant of a motion to suspend briefing pending its ruling on the plaintiff-appellant's motion to file a corrected opening brief and deferred appendix. Undersigned counsel is also responsible for preparing the federal government's answering brief in *State of Alaska, et al, v. National Marine Fisheries Service, et al.*, Ninth Cir. No. 24-3148, which is currently due on December 5, 2024. Undersigned counsel is also responsible for preparing a draft opposition to a petition for certiorari in *Nantucket Residents Against Turbines, et al. v. United States, et al*, S. Ct. No. 24-337, which is due on an extension to be filed on November 25, 2024.

The requested extension is also necessary to accommodate the review period required for federal approval of the briefs the Defendants-Appellees will file. Principal drafting for the answering briefs must occur well before the filing deadline to accommodate the review, involvement, and approval by several components,

including the trial section and the Office of the Assistant Attorney General within the Environment and Natural Resources Division of the Department

To coordinate filing of all the answering briefs, the Intervenors-Defendants-Appellees also request that the deadline for their briefs be extended to November 22, 2024.

Undersigned counsel conferred with counsel for the Plaintiffs-Appellants, who indicated that Plaintiffs-Appellants do not oppose the request.

For all these reasons, the requested extension should be granted, making the deadline for the answering briefs due on November 22, 2024.

                                        Respectfully submitted,

                                        <u>s/ Thekla Hansen-Young</u>
                                        THEKLA HANSEN-YOUNG
                                        Environment & Natural Resources Div.
                                        United States Department of Justice
                                        P.O. Box 7415
                                        Washington, DC 20044
November 8, 2024                    (202) 307-2710
90-8-7-08636                        thekla.hansen-young@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via the appellate CM/ECF system. The parties, or their counsel will be served electronically by that system.

/s/ Thekla Hansen-Young
THEKLA HANSEN-YOUNG
Counsel for Federal Defendant-Appellees

## CERTIFICATE OF COMPLIANCE

This filing complies with Rule 27(d) of the Federal Rules of Appellate Procedure, as the document contains 415 words according to the count of Microsoft Word and has been prepared in a proportionally spaced typeface using Garamond 14 pt.

/s/ Thekla Hansen-Young
THEKLA HANSEN-YOUNG
Counsel for Federal Defendant-Appellees