|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 18 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY; et al.,

        Plaintiffs - Appellants,

STATE OF ALASKA,

        Intervenor-Plaintiff,

 v.

JOSEPH R. BIDEN; et al.,

        Defendants - Appellees,

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT; et al.,

        Intervenor-Defendants - Appellees.

No. 24-2533

D.C. No. 3:21-cv-00245-SLG
District of Alaska, Anchorage

ORDER

The motion to stay briefing (Docket Entry No. 15) is denied.

The motion (Docket Entry No. 26) for an extension of time to file the answering briefs is granted. The answering briefs are due November 22, 2024. The optional reply brief is due within 21 days after service of the answering brief.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT