# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** No. 24-2533

**Case Name** AIDEA, et. al., v. Joseph R. Biden, et al.

**Requesting Party Name(s)** Appellants AIDEA, KIC, ASRC, and NSB

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

The requested new due date is: January 27, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Events in December, 2024 materially affected the claims on appeal before this court. Appellants have now concluded these developments likely render this appeal moot and expect that they will be filing a Motion to Dismiss in place of a reply brief. The unopposed extension will provide time to discuss such a motion with opposing counsel before then either moving to dismiss the appeal or filing a reply brief in accordance with the new briefing deadlines.

**Signature** s/ James H. Lister  **Date** January 13, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ○ I have **NOT** filed a previous request to extend time to file the document.

- ◉ I have previously requested an extension of time to file the document.

    This motion is my ☐ request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: ☐ .

- ○ The petitioner is detained.

- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** ☐ **Date** ☐
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14** 2 *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the ☐ Reply ☐ brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: January 13, 2025

3. The brief's first due date was: December 12, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Counsel has acted diligently in striving to meet the briefing deadlines. Changes in material facts due to the release of a new ROD for the ANWR Coastal Plain Oil and Gas Program and the need to discuss a motion to dismiss create a substantial need for additional time. See the attached pages.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ James H. Lister        **Date** January 13, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                                    3                                    New 12/01/2018

**<u>Declaration of Counsel in Support of Unopposed Motion for Extension to File Reply Brief Under Circuit Rule 31-2.2(b).</u>**

In addition to Appellants' Form 14 - Motion for Extension of Time attached above, please consider these pages providing further support for the unopposed 14-day extension of time to file Appellants' reply brief.

This short extension of time is necessary because intervening events have resulted in material changes affecting the facts and claims on appeal before this Court. This appeal arises from underlying litigation before the District Court where Appellants challenged the Department of the Interior's issuance of a Moratorium and its related implementing order suspending AIDEA's oil and gas lease agreements, which halted any actions arising from or related to the ANWR Coastal Plain Oil and Gas Program. On December 8, 2024 the Department of the Interior completed its supplemental environmental review and released a lengthy new Record of Decision for the Coastal Plain Oil and Gas Program ("ROD"). In addition to altering the structure and management of the Oil and Gas Program, through the ROD the Department of the Interior also lifted the Moratorium imposed in June, 2021 that was challenged in this litigation.[1] Consequently, these events materially impacted the claims brought on appeal before this Court.

---

[1] December 8, 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision at 5, the new ROD is available electronically at https://eplanning.blm.gov/public_projects/2015144/200492847/20124527/251024507/CoastalPlainSEIS_ROD_20241208_508.pdf (last visited Jan. 13, 2025).

As discussed within Form 14, after reviewing the final ROD and discussing this matter internally all four Appellants have concluded that the ROD likely renders their claims moot and have approved of moving to dismiss this appeal. Throughout this process over the past few weeks Counsel and Appellants acted diligently, keeping in mind the current briefing schedule, but the lengthy and complex nature of the ROD and the need to discuss a motion to dismiss with four separate institutional clients during the holiday season precluded completion of this review until late January 10, 2025. Undersigned counsel did not receive authorization from all four Appellants to proceed with discussion of a motion to dismiss until late in the day Friday January 10, 2025, which is why this motion is being filed today rather than at an earlier date.

Despite their diligence, it will not be possible for Appellants to file a reply brief under the current deadline. Moreover, Appellants expect that they will ultimately file a motion to dismiss the appeal in place of a reply. Granting the unopposed, two-week extension of time will prevent the briefing deadline for a reply from expiring while providing time for counsel to discuss a motion to dismiss with counsel representing Defendant and Intervenor-Appellees. Appellants can then proceed in filing the anticipated motion to dismiss or, if necessary, a reply brief in accordance with the revised briefing schedule. As such, good cause exists for this unopposed request for additional time.

Counsel recognizes that this motion for additional time is made within 7-days of the current deadline for its reply brief. Counsel requests the Court accept and approve this motion in accordance with the guidelines from the Court's website stating that "[t]he 7-day advance period is not mandatory, so the Court will still consider a late motion."[2]

DATED this 13th day of January, 2025.

        Respectfully submitted,

        /s/ *James H. Lister*
        James Lister, ABA #1611111
        Brian V. Gerd, ABA #1810097
        David Karl Gross, ABA #9611065
        Zoe A. Eisberg, ABA #1911094
        Birch Horton Bittner & Cherot
        1150 Connecticut Ave, N.W. Suite 350
        Washington, DC 20036
        jlister@bhb.com
        bgerd@bhb.com
        dgross@bhb.com
        zeisberg@bhb.com
        Telephone 202.862-8368
        Facsimile 202.659.1027

        Attorneys for Plaintiffs-Appellants Alaska Industrial Development and Export Authority, North Slope Borough, Arctic Slope Regional Corporation, and Kaktovik Iñupiat Corporation

---

[2] *See* https://www.ca9.uscourts.gov/efiling/faqs/strreqs/ (visited on Jan. 13, 2025).