UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY; et al.,

    Plaintiffs - Appellants,

STATE OF ALASKA,

    Intervenor-Plaintiff,

 v.

JOSEPH R. BIDEN; et al.,

    Defendants - Appellees,

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT; et al.,

    Intervenor-Defendants - Appellees.

No. 24-2533

D.C. No. 3:21-cv-00245-SLG
District of Alaska, Anchorage

ORDER

The motion (Docket Entry No. 46) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT